

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : CIVIL 3:00CV1767(JBA) |
| Andriana M. Pinto, | : |
| Defendant. | : April 12, 2001 |

## MOTION FOR EXAMINATION OF JUDGMENT DEBTOR AND FOR A HEARING ON DEFENDANT'S ABILITY TO PAY THE JUDGMENT

The Federal plaintiff in the above-entitled action represents:

1. That it recovered a judgment against the defendant, Andriana M. Pinto, before the United States District Court, District of Connecticut, on February 2, 2001 for the sum of $2,807.73 plus damages, costs and interest.

2. On March 7, 2001, plaintiff served by mail a set of Post Judgment Interrogatories and Request for Production on the defendant, Andriana M. Pinto. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the defendant has not filed any response, or requested extension of time.

Therefore, pursuant to Federal Rules of Civil Procedure, Section 37(d), the federal plaintiff respectfully requests an order that the defendant appear before a Judge or Magistrate Judge of this Court and then and there be examined under oath concerning his property and means of paying said judgment.

*[Margin annotation, left side]:* 4/27/01: Motion for Examination GRANTED and this matter is referred under separate order to Magistrate Judge Margolis for the purpose of conducting a hearing. IT IS SO ORDERED. New Haven, CT — Janet Bond Arterton, U.S.D.J.

*[Handwritten]:* 3/1/04 -- Motion withdrawn.